In the Matter of the Estate of JOHANNA KRYCUN, Deceased. EDWARD JAWORSKI, Appellant; LEO YACYKEWYCH et al., Respondents.—

738

Hopkins, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.